UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER MCGANDY,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CARLOS DEL TORO,<br><br>　　　　　　　Defendant. | CASE NO. 3:21-cv-05846-DGE<br><br>ORDER TO SHOW CAUSE |

　　　　On June 20, 2023, this Court granted a motion from Plaintiff's attorney, Chalmers Johnson, to withdraw as counsel. (Dkt. No. 25.) The Court scheduled a status conference for June 23, 2023 to ascertain how Plaintiff, who is now unrepresented, wanted to proceed with his case. (*Id*.) Plaintiff did not appear at the status conference.

　　　　Accordingly, Plaintiff is ordered to show cause, no later than **June 30, 2023** why this case should not be dismissed for failure to prosecute.

ORDER TO SHOW CAUSE - 1

1    Dated this 23rd day of June, 2023.

David G. Estudillo
United States District Judge

ORDER TO SHOW CAUSE - 2