UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER MCGANDY,<br><br>                    Plaintiff,<br>     v.<br><br>CARLOS DEL TORO,<br><br>                    Defendant. | CASE NO. 3:21-cv-05846-DGE<br><br>ORDER DISMISSING CASE |

On June 20, 2023, the Court granted a motion by Plaintiff's attorney, Chalmers Johnson, to withdraw as counsel. (Dkt. No. 25.) In its order, the Court noted that Plaintiff, who was unrepresented as a result of Johnson's withdrawal, would require additional time to secure new counsel or decide whether to proceed pro se. (*Id*. at 3.) The Court struck all pending deadlines and ordered the parties to appear at a status conference via Zoom on June 23, 2023 to determine how Plaintiff wanted to proceed with his case. (*Id*.) The hearing was stricken after Plaintiff failed to appear. (Dkt. No. 27.)

ORDER DISMISSING CASE - 1

On June 23, 2023, the Court issued an order directing Plaintiff to show cause, no later than June 30, 2023, why this case should not be dismissed for failure to prosecute. (Dkt. No. 26.) Plaintiff did not respond to the order to show cause.

Accordingly, this case is DISMISSED without prejudice for failure to prosecute.

Dated this 6th day of July, 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 2